CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No. 13932
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
601 South Rancho Drive, Suite B-11
Las Vegas, NV 89106
Tel./Fax. (702) 366-1226 / (702) 366-1331
Email: peterson@aclunv.org
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Nevada Press Association,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Steve Sisolak, Governor; Charles Daniels, Director of the Nevada Department of Corrections; William Allan Gittere, Warden of Ely State Prison; the State of Nevada, ex. rel. Department of Corrections; and Does 1–10, Unknown NDOC Personnel, in their official capacities as Agents of NDOC,<br><br>    Defendant(s). | Case No. 3:21-cv-00317-RFB-CLB<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed without prejudice against the defendants Steve Sisolak, Governor; Charles Daniels, Director of the Nevada Department of Corrections; William Allan Gittere, Warden of Ely State Prison; the State of Nevada ex. rel. the Nevada Department of Corrections; and Does 1-10, unknown NDOC personnel, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED this 7th day of September, 2022 | DATED this 7th day of September, 2022 |
| 2 | ACLU OF NEVADA | AARON D. FORD<br>Attorney General |
| 4 | By: */s/ Christopher M. Peterson*<br>    Christopher M. Peterson, Esq. | By:   */s/Steve Shevorski*<br>    Steve Shevorski |
| 5 |     Nevada Bar No. 13932<br>    Legal Director |     Nevada Bar No. 8256<br>    Chief Litigation Counsel |
| 6 |     ACLU of Nevada, Las Vegas Office<br>    601 South Rancho Drive, Suite B-11 |     Office of the Attorney General<br>    555 E. Washington Ave. Ste. 3900 |
| 7 |     Las Vegas, NV 89106<br>    *Attorney for Plaintiffs* |     Las Vegas, NV 89101<br>    *Attorney for Defendants* |
| 8 |     *Nevada Press Association* |     *Hon. Stephen Sisolak,*<br>    *Director Charles Daniels,* |
| 9 | |     *Warden William Gittere,* |
| 10 | |     *State of Nevada, ex. rel. its*<br>    *Department of Corrections* |